IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paul Kaufmann,                          Case No. 3:09 CV 2517

            Plaintiff,                MEMORANDUM OPINION
                                         AND ORDER

-vs-
                                         JUDGE JACK ZOUHARY

Ohio Edison Company,

            Defendant.

The Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge (Doc. No. 44). Under the relevant statute (28 U.S.C. § 636(C)):

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

In this case, no objections have been filed. The failure to file written objections constitutes a waiver of a de novo determination by the district court of an issue covered in the R&R. *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

The Court adopts the R&R (Doc. No. 44) in its entirety. Defendant's Motion for Summary Judgment (Doc. No. 27) is granted.

IT IS SO ORDERED.

                                                                            s/ *Jack Zouhary*
                                                                            JACK ZOUHARY
                                                                            U. S. DISTRICT JUDGE

                                                                            December 29, 2010